SAMUEL ZALIS *v.* JOSEPH E. WALTER

[No. 27, October Term, 1942.]

*Decided November 18, 1942.*

The cause was argued before BOND, C. J., SLOAN, DELAPLAINE, COLLINS, MARBURY, and GRASON, JJ.

*William Saxon,* with whom was *Albert B. Huss* on the brief, for the appellant.

*V. Calvin Trice* for the appellee.

BOND, C. J., delivered the opinion of the Court.